**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 269 MAL 2022
                                  :
                   Respondent     :
                                  :
                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court
              v.                  :
                                  :
                                  :
ALI E. DAVIS,                     :
                                  :
                   Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.